IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MELINDA LEA CAMPBELL, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV512-085
)
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )

# ORDER

Plaintiff filed Objections to the Magistrate Judge's Report dated April 8, 2013, which recommended that the decision of the Social Security Commissioner be affirmed. In her Objections, Plaintiff asserts that the Magistrate Judge erred because the Administrative Law Judge incorrectly (1) discredited Dr. Thanki's mental capacity assessment; and (2) excluded one of Dr. Thanki's opinion findings from his hypothetical question to the vocational expert. After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

Plaintiff's Objections offer no new arguments. Plaintiff simply restates her arguments found in her Brief in support of her Complaint. The Magistrate Judge's Report appropriately addressed each of Plaintiff's arguments.

As the Magistrate Judge noted, this Court's role is to ensure that the Administrative Law Judge's determination is supported by substantial evidence and the appropriate legal standards. The Administrative Law Judge's determination, which became the final decision of the Commissioner for the Social Security Administration, is so supported. Accordingly, Plaintiff's Objections are without merit and are **overruled**.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of May, 2013

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA